158 A.3d 68

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Sarah Ruth DEFER, Petitioner**

**No. 349 MAL 2016**

Supreme Court of Pennsylvania.

September 19, 2016

## ORDER

PER CURIAM

**AND NOW,** this 19th day of September, 2016, the Petition for Allowance of Appeal and the Petition to Supplement or Amend Petition for Allocatur are **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.